1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN and IMELDA ABREGO,

Plaintiffs,

v.

CALIFORNIA COURT APARTMENTS, LLC,

Defendant.

CASE NO. C07-334-JCC

ORDER

    This matter comes before the Court on Plaintiffs' filing of their Complaint in this matter (Dkt. No. 1). Plaintiffs' Complaint purports to allege the following claims: "Washington Fair Housing Act Violation" (First Cause of Action), "Federal Fair Housing Act Violations" (Second Cause of Action), "42 U.S.C. 1981 Violations" (Third Cause of Action), "42 U.S.C. 1982 Violations" (Fourth Cause of Action), "Constructive Eviction Violations" (Fifth Cause of Action), "Hostile Living Dwelling/Environment Violations" (Sixth Cause of Action), "Negligent Hiring, Supervision, and/or Retention Violations" (Seventh Cause of Action), "Breach of Duty Violations" (Eighth Cause of Action), "Violations of Federal Fair Housing Amendments Act 1988, as Amended Violations" (Ninth Cause of Action), and "Violations of Washington State Land-Lord Tenant Act Violations" (Tenth Cause of Action). In reciting these ten causes of action, Plaintiffs incorporate the same or substantially the same

ORDER – 1

paragraphs and statutory citations repeatedly as to each and every claim.  For example, in the First Cause of Action purportedly regarding the Washington State Fair Housing Act, Plaintiffs discuss "violations" of this law, as well as the Washington State Law of Discrimination, the Washington Landlord Tenant Act, and the Federal Fair Housing Act.  In the Second Cause of Action, Plaintiffs purport to state a claim for Federal Fair Housing Act violations, but they cite various Washington state statutes, as well as unrelated federal statutes, 42 U.S.C. §§ 1981, 1981a, and 1982.  This pattern of conflating all of their causes of action into each cause of action continues throughout all ten causes of action.

Federal Rule of Civil Procedure 8(a) requires that a plaintiff submit to the Court and to a defendant a pleading that contains "a short and plain statement of the claim showing that the pleader is entitled to relief."  FED. R. CIV. P. 8(a).  Plaintiffs have failed to make a short and plain statement with respect to any of their ten causes of action.  Plaintiffs must do so in order to afford Defendant notice of the claims against it.  Therefore, Plaintiffs are hereby ORDERED to SHOW CAUSE by April 27, 2007 why their Complaint should not be dismissed for failure to conform to federal pleading standards and/or failure to state a claim upon which relief can be granted.  In responding, Plaintiffs may submit a proposed Amended Complaint for the Court's consideration.

SO ORDERED this 27th day of March, 2007.

*John C. Coughenour*

John C. Coughenour
United States District Judge

ORDER – 2