UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREEN,

             Plaintiff(s),

  v.

CALIFORNIA COURT APARTMENTS, LLC,

             Defendant(s).

Case No. C07-334MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of Plaintiff, an extension of time to file the joint status report is granted. Under FRCP 4(m), a plaintiff has 120 days from the filing of his complaint in which to effect service. Plaintiff filed an amended complaint in this action on April 13, 2007 . Dkt. No. 4. The Joints Status Report will be due on **August 13, 2007.** All other FRCP 26-related dates are adjusted accordingly.

Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action. Parties appearing before this Court are systematically granted 60-70 days from the filing of their complaint to file a Joint Status Report, and find this an adequate amount of time. If Plaintiff feels he needs more than 120 days to accomplish service of his complaint, an FRCP 26 conference and the preparation of a Joint Status Report, he must file a declaration indicating his efforts to date, and why he has been unable to accomplish these goals within the time allotted.

Filed this 25th day of May, 2007.

                          BRUCE RIFKIN, Clerk
                          By      /s Mary Duett
                          Deputy Clerk