UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN, et al.,

        Plaintiff(s),

  v.

CALIFORNIA COURT APARTMENTS, LLC,

        Defendant(s).

NO. C07-334MJP

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      In a pleading entitled "Notice to the Courts Regarding filing combined joint status report" (Dkt. No. 14), Plaintiffs allege non-cooperation by Defendant in the filing of a Joint Status Report and request the Court to "order defendant to file combined joint status report" or impose sanctions for failure to do so.

      On that same date, Defendant filed a signed copy of a "Joint Status Report and Discovery Plan." (Dkt. No. 13.) Reviewing this document and the "individual status report" filed by Plaintiffs as an attachment to their "Notice to the Courts" (Dkt. No. 14, pp. 23-28), the Court notes that the documents are identical except for the addition of two "Defendant's Statements" on Page 2 which indicate areas of disagreement between the two parties.

      The Court is satisfied that the Joint Status Report filed by Defendant represents the combined

MINUTE ORDER

1  efforts of all parties to describe the status of the case at this juncture and the anticipated discovery

2  needs of all parties.  With that understanding, the Court DENIES Plaintiffs' request to order

3  Defendant to file a Joint Status Report, as that request is now MOOT.

4       A case schedule with trial date and pretrial event deadlines will be forthcoming shortly.

6       Filed this 21st day of August, 2007.

7                            BRUCE RIFKIN, Clerk

                          By     /s Mary Duett
                                   Deputy Clerk

26  MINUTE ORDER