UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN, et al.,

        Plaintiff(s),

  v.

CALIFORNIA COURT APARTMENTS, LLC

        Defendant(s).

NO. C07-334MJP

ORDER STRIKING OVERLENGTH MOTION

The above-entitled Court, having received and reviewed Plaintiffs' Motion to Compel Discovery (Dkt. No. 36), and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is STRICKEN on the grounds that it exceeds the length permitted by Local Rule 7(e)(4); Plaintiffs may re-file the motion at the approved page limit or file a request for overlength brief (in accordance with Local Rule 7(f)).

On Monday, December 10, 2007, Plaintiffs filed a motion entitled "Plaintiffs' Motion to Compel Discovery Disclosures FRCP 37(a) and Sanctions Under FRCP 37(a)(2)(B)(3)(4)" [*sic*]. The pleading is 20 pages in length. The filing was not preceded by a motion to file an overlength brief.

The Local Rules for this district restrict the length of motions to compel and responses thereto to 12 pages and the replies to 6 pages. LR 7(e)(4). Motions to file an overlength brief (which are "disfavored") must be filed three judicial days in advance of the day the overlength pleading is to be filed. LR 7(f).

Plaintiffs must either file a 12-page motion to compel or a request for permission to file an overlength brief. There is no need to re-file the voluminous exhibits which accompanied the original, overlong motion – they are part of the court record now and may be cited in any later-filed briefs.

**ORDER STRIKING OVERLENGTH BRIEF - 1**

1

2   The clerk is directed to provide copies of this order to all counsel of record.

3   Dated: December __13_, 2007

4

5   _____
    Marsha J. Pechman
6   U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **ORDER STRIKING
    OVERLENGTH BRIEF - 2**