UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN, et al.,

    Plaintiff(s),

v.

CALIFORNIA COURT APARTMENTS, LLC,

    Defendant(s).

NO. C07-334MJP

MINUTE ORDER RE: DEFENDANT'S MOTION TO QUASH SUBPOENA

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of Defendant's Motion to Quash Subpoena for Deposition of Sam Guasta (Dkt. No. 49), filed on February 4, 2008. The Court notes that the deposition at issue is scheduled for February 12, 2008, to take place in Spokane, Washington. In view of the shortness of time and the distance which the parties will be required to travel if the deposition goes forward, the Court intends to issue a ruling on this motion by Friday, February 8, 2008.

Therefore, Plaintiff will be required to file his response to Defendant's motion by no later than **12 noon, Friday, February 8, 2008.** The Court will rule on the motion by the close of business on that same date.

Filed this 5th day of February, 2007.

                                  BRUCE RIFKIN, Clerk
                      By  /s Mary Duett
                                  Deputy Clerk

MINUTE ORDER