# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICCARDO GREEN and IMELDA ABREGO,

      v.

CALIFORNIA COURT APARTMENTS, LLC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-334

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that, pursuant to Defendant's motion for summary judgment and on the Court's own motion pursuant to FRCP 12(b)(6), Plaintiffs' claims are hereby DISMISSED with prejudice in their entirety.

March 10, 2008

BRUCE RIFKIN
Clerk

__/s Mary Duett_____
By, Deputy Clerk