UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN and IMELDA ABREGO.

Plaintiff(s),

v.

CALIFORNIA COURT APARTMENTS, LLC,

Defendant(s).

NO. C07-334MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

By order of this Court dated March 10, 2008, the above-entitled matter was dismissed with prejudice pursuant to FRCP 12(b)(6) and to a grant of summary judgment in favor of Defendant. (Dkt. No. 72.) Following entry of that order, Plaintiffs filed a Motion for Physical Examination. (Dkt. No. 74.)

Because this case is now terminated, Plaintiffs' motion is hereby STRICKEN.

Filed this 11th day of March, 2008.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
      Deputy Clerk

MINUTE ORDER